TREXLER v. TREXLER
    No. 51 PC
    Case below: 48 NC App 743
    Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 December 1980.


TRULL v. McINTYRE
    No. 53 PC
    Case below: 48 NC App 599
    Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 December 1980.


UTILITIES COMM. v. BOREN CLAY PRODUCTS CO.
    No. 38 PC
    Case below: 48 NC App 263
    Petition by defendant for discretionary review under G.S. 7A-31 denied 2 December 1980.


UTILITIES COMM v. POWER CO.
    No. 54 PC
    Case below: 48 NC App 453
    Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 December 1980.


WARD v. CITY OF CHARLOTTE
    No. 50 PC
    Case below: 48 NC App 463
    Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 2 December 1980.